1  Barbara A. Blackburn, Bar No. 253731
   bblackburn@littler.com
2  Douglas L. Ropel, Bar No. 300486
   dropel@littler.com
3  LITTLER MENDELSON, P.C.
   500 Capitol Mall
4  Suite 2000
   Sacramento, California 95814
5  Telephone: 916.830.7200
   Fax No.:   916.561.0828
6
7  Jonathan A. Heller, Bar No. 267542
   jheller@littler.com
8  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 7th Floor
9  San Jose, California 95113.2431
   Telephone: 408.998.4150
10 Fax No.:   408.288.5686

11 Attorneys for Defendant
   FANEUIL, INC.

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| ELIZABETH RODRIGUEZ, individually, and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>FANEUIL, INC.; TTEC GOVERNMENT SOLUTIONS, LLC; TTEC HOLDINGS, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07445-JAK-BFM<br><br>**DEFENDANT FANEUIL, INC.'S REQUEST FOR REMOTE APPEARANCE**<br><br>Date:    November 25, 2025<br>Time:   8:30 a.m.<br>Crtrm:  10C |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DEFENDANT FANEUIL, INC.'S REQUEST FOR REMOTE APPEARANCE
4879-4841-9832

CASE NO. 2:24-CV-07445-JAK-BFM

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF ELIZABETH RODRIGUEZ AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel for Defendant FANEUIL, INC. ("Faneuil") hereby requests to appear remotely (telephonically or via Zoom) at Defendants TTEC Government Solutions, LLC's and TTEC Holding, LLC's (collectively "TTEC") hearing on its Motion to Compel Arbitration scheduled for November 25, 2024, at 8:30 a.m. before the Honorable John A. Kronstadt in Courtroom 10C, located at the First Street Courthouse, 350 W. First Street, Courtroom 10C, Los Angeles, CA 90012. Counsel for Faneuil is located in San Jose, California and travel to and from the Los Angeles courthouse would be costly for Faneuil. Further, Faneuil does not oppose TTEC's motion and is observing the November 25th hearing as a party to the litigation.

Dated: November 21, 2024

LITTLER MENDELSON, P.C.

*/s/ Jonathan A. Heller*
Barbara A. Blackburn
Douglas L. Ropel
Jonathan A. Heller

Attorneys for Defendant
FANEUIL, INC.

4879-4841-9832.1 / 061652-1086

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DEFENDANT FANEUIL, INC.'S REQUEST FOR REMOTE APPEARANCE
4879-4841-9832

2

CASE NO.: 2:24-CV-07445-JAK-BFM