Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Douglas L. Ropel, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.:     916.561.0828

Jonathan A. Heller, Bar No. 267542
jheller@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone: 408.998.4150
Fax No.:     408.288.5686

Attorneys for Defendant
FANEUIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RODRIGUEZ, individually, and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>FANEUIL, INC.; TTEC GOVERNMENT SOLUTIONS, LLC; TTEC HOLDINGS, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07445-JAK-BFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FANEUIL, INC.'S REQUEST FOR REMOTE APPEARANCE**<br><br>Date:   November 25, 2025<br>Time:  8:30 a.m.<br>Crtrm: 10C |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

[PROPOSED] ORDER GRANTING FANEUIL, INC.'S REQUEST FOR REMOTE APPEARANCE
4853-5384-9848

CASE NO. 2:24-CV-07445-JAK-BFM

WHEREFORE, in light of counsel for Defendant FANEUIL, INC. ("Faneuil") request for leave to appear remotely at the Motion to Compel Arbitration hearing scheduled for November 25, 2024, at 8:30 a.m. in the above-captioned matter, the Court ORDERS that, counsel of record for Faneuil may appear remotely via Zoom, pursuant to the Court's Requirements for Zoom Courtroom Proceedings.

IT IS SO ORDERED.

Dated: November __, 2024

THE HONORABLE
JOHN A. KRONSTADT
United States District Court

4880-6062-5633.1 / 061652-1086

LITTLER
MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA
95814
916.830.7200

[PROPOSED] ORDER GRANTING FANEUIL, INC.'S REQUEST FOR REMOTE APPEARANCE
4853-5384-9848

2

CASE NO.: 2:24-CV-07445-JAK-BFM